**Electronically Filed
Supreme Court
SCWC-15-0000466
18-APR-2018
12:07 PM**

SCWC-15-0000466

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THE TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
ALSO KNOWN AS KAMEHAMEHA SCHOOLS,
Respondents/Plaintiffs-Counterclaim Defendants/Appellees,

vs.

RONALD G.S. AU,
Petitioner/Defendant-Counterclaimant/Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000466; CIV. NO. 13-1-0420-02)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Counterclaimant/Appellant Ronald G.S.
Au's application for writ of certiorari filed on February 28,
2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 18, 2018.


/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

